FILED

JUL 22 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,  )
           Plaintiff,  )
           vs.  )  CRIMINAL NUMBER: 21-30113-SPM
             )
TIM LOWRY,  )  Title 18,
             )  United States Code,
           Defendant.  )  Section 1001(2)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to the Indictment:

1. **TIM LOWRY** was the elected Mayor of the City of Red Bud, Randolph County, within the Southern District of Illinois.

2. **TIM LOWRY** was also a licensed insurance agent who owned an insurance business named Ackermann Agency.

3. The City of Columbia provides health insurance coverage for its employees and separately maintains property/casualty loss insurance. Unbeknownst to the city council or the city manager, the Mayor of the City of Columbia and his corporation B.M.C. Associates, Inc., received referral commissions from the insurance contracts that the City of Columbia placed with ICRMT. The Mayor of the City of Columbia recommended to the City Council that the city's casualty loss and worker compensation insurance be placed through **TIM LOWRY** and the Ackermann Agency.

4. As an elected municipal official and a public officer **TIM LOWRY** was aware that elected public officials are prohibited, under the Illinois Public Officer Prohibited Activities Act

[65ILCS 5/3.1-55-10(a)], from being financially interested, directly or indirectly, in any contract, work or business of the municipality.

5. The Southern Illinois Public Corruption Task Force consisted of agents with the Federal Bureau of Investigation, Internal Revenue Service/Criminal Investigations, and a Task Force Officer from the Illinois State Police. The Task Force opened a federal criminal investigation to determine whether the Columbia Mayor had violated federal law after learning that the Mayor received insurance policy referral commissions for insurance policies for the City of Columbia employees.

## COUNT 1

### FALSE STATEMENT TO THE FEDERAL SOUTHERN ILLINOIS PUBLIC CORRUPTION TASK FORCE

1. The paragraphs of the Introduction are incorporated herein.

2. On or about April 3, 2019, in Randolph County within the Southern District of Illinois, and elsewhere,

**TIM LOWRY,**

defendant, did willfully and knowingly make, and cause to be made, materially false statements and representations in a matter within the jurisdiction of a department or agency of the United States by falsely telling a Federal Bureau of Investigation Special Agent and a federal Task Force Officer that he did not pay the Mayor of the City of Columbia in reference of the City of Columbia's ICRMT insurance contract and that the Mayor of the City of Columbia did not receive additional payments as a result of the Columbia ICRMT insurance contract. The statement was materially false in that **TIM LOWRY** directed payments of approximately $15,854 from the Ackermann Agency to CJ Thomas for the benefit of the Mayor of the City of

Columbia from 2016 through 2018 which was 40% of the commissions for the ICRMT insurance policy with the City of Columbia.

All in violation of Title 18, United States Code, Section 1001(2).

**A TRUE BILL**

_____
STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond:  $20,000 unsecured.